## 59311. CRUMP et al. v. JORDAN.

SMITH, Judge.

This appeal arises from the grant of a writ of possession and a default judgment. Appellants' sole enumeration of error attacks the validity of appellee's affidavit under Code § 61-301. We affirm.

1. The subject affidavit was sworn to and subscribed before a notary public although Code § 61-301 requires that the oath be made "before the judge of the superior court or any justice of the peace ..." Nonetheless, a summons was issued. Appellants, however, made no answer to the resulting summons within the time allotted, nor did they seek to reopen the default as a matter of right. See Code §§ 61-302 and 61-303. "If there was a defect in verification or lack thereof, it was an amendable one, waived by failure timely to object ..." *American Liberty Ins. Co. v. Sanders,* 120 Ga. App. 202, 207 (170 SE2d 249) (1969), reversed on other grounds *Sanders v. American Liberty Ins. Co.,* 225 Ga. 796 (171 SE2d 539) (1969); see *Mellon Bank*

*v. Coppage,* 243 Ga. 219 (253 SE2d 202) (1979); *Cobb v. McCrary,* 152 Ga. App. 212 (262 SE2d 538) (1979). Therefore, appellants' enumeration of error is without merit.

2. Notwithstanding appellants' suggestion upon the record, we decline to stay this proceeding pending a resolution of their intervening bankruptcy petition. See *North Peachtree &c. Ltd. v. Hicks,* 136 Ga. App. 426 (5) (221 SE2d 607) (1975).

*Judgment affirmed. McMurray, P. J., and Banke, J., concur.*

SUBMITTED JANUARY 17, 1980 — DECIDED MAY 2, 1980.

*Dudley B. Magruder, Jr., Karl M. Kothe,* for appellants.
*Frank H. Jones, William W. Byington, Jr.,* for appellee.